IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:04CR358
                               )
     v.                        )
                               )
JEROME DANIELS, SR.,           )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for information and to turn over any legal documents (Filing No. 75) and motion to appoint counsel (Filing No. 76). As previously noted in this Court's order of February 22, 2006 (Filing No. 66), the Freedom of Information Act does not apply to the courts. *See United States v. McVeigh,* 918 F.Supp. 1452 (W.D. Okla. 1996); *F.D.I.C. v. Ernest & Ernst,* 677 F.2d 230 (2d Cir. 1982); *Warth v. Department of Justice,* 595 F.2d 521 (9th Cir. 1979); *Cook v. Willingham*, 400 F.2d 885 (10th Cir. 1968).

Defendant's counsel advises that all pleadings and trial transcripts have been furnished to defendant. Defendant is not entitled to receive the other items of discovery he requests. Accordingly, defendant's motion will be denied.

As there are no pending matters before this Court, the motion for appointment of counsel will be denied. Accordingly,

```
        IT IS ORDERED:

        1) Defendant's motion for information and to turn over
any legal documents is denied.

        2)  Defendant's motion for appointment of counsel is
denied.

        DATED this 22nd day of June, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court
```