IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CR358
                               )
         v.                    )
                               )
JEROME DANIELS, SR.,           )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion and request for information (Filing No. 83); motion to appoint counsel (Filing No. 85); motion to have an evidentiary hearing on allegation of an unconstitutional or bad faith refusal by the government to file a substantial assistance downward departure motion (Filing No. 87) and motion for production of documents.

Defendant's counsel advises that all pleadings and trial transcripts have been furnished to defendant. Accordingly, defendant's motions concerning request for information and for production of documents will be denied.

Counsel has been appointed to represent defendant (See Text Order Filing No. 86) and defendant's motion for appointment of counsel will be denied as moot. Defendant's motion for an evidentiary hearing will be denied without prejudice. Accordingly,

IT IS ORDERED:

1) Defendant's motion for information (Filing No. 83) and motion to produce (Filing No. 88) are denied.

2)  Defendant's motion for appointment of counsel (Filing No. 85) is denied as moot.

3) Defendant's motion for evidentiary hearing (Filing No. 87) is denied without prejudice.

DATED this 26th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court