IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR358 |
| | ) | |
| v. | ) | |
| | ) | |
| JEROME DANIELS, SR., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the motion to withdraw filed by Julie B. Hansen and the Office of the Federal Public Defender. The Court finds said motion should be granted, and that the Office of the Federal Public Defender should appoint counsel to represent defendant. Accordingly,

IT IS ORDERED:

1) Said motion is granted; Julie B. Hansen and the Office of the Federal Public Defender are deemed withdrawn as counsel for defendant.

2) The Office of the Federal Public Defender shall appoint counsel to represent defendant.

DATED this 31st day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court