IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CR358
                               )
         v.                    )
                               )
JEROME DANIELS,                )             ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's pro se motion for reduction of sentence pursuant to § 3582(c)(2) and Sentencing Guideline Amendment 782 (Filing No. 149), and the motion to withdraw as counsel by David R. Stickman and the Office of the Federal Public Defender for the District of Nebraska (Filing No. 152).  According to the probation office, defendant has twice received sentence reductions pursuant to a variance and due to a previous retroactive crack cocaine amendment.  His present sentence of 173 months is below the 2014 amended guideline range.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for reduction of sentence pursuant to § 3582(c)(2) and Sentencing Guideline Amendment 782 is denied.

2) The motion to withdraw as counsel by David R. Stickman and the Office of the Federal Public Defender for the

District of Nebraska is granted.  The clerk shall remove the names from CM/ECF.

DATED this 13th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court